# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| ROBERT DUNCAN, | : No. 270 EAL 2016 |
| Petitioner | : |
| | : Petition for Allowance of Appeal from |
| | : the Order of the Commonwealth Court |
| v. | : |
| | : |
| COMMONWEALTH OF PENNSYLVANIA, | : |
| DEPARTMENT OF TRANSPORTATION, | : |
| BUREAU OF DRIVER LICENSING, | : |
| Respondent | : |

## ORDER

**PER CURIAM**

     **AND NOW**, this 24th day of October, 2016, the Petition for Allowance of Appeal is **DENIED**.